---------- Forwarded message ---------
From: **M Pittard** <​█████████@gmail.com>
Date: Mon, Feb 11, 2019 at 9:14 AM
Subject: Doha Incident Ramez Tohme/Matthew Pittard Followup
To: <ACSDoha@state.gov>

I am trying to get contact information for the lady that came out and assisted us in an incident last July in Doha, I believe her name was Laura. She is the ACS Chief. Also the RSO Sales his full name and contact information.

S/F,

Matthew J. Pittard