---------- Forwarded message ---------
From: **M Pittard** <​███████@gmail.com>
Date: Mon, Apr 22, 2019 at 2:45 PM
Subject: Information 2nd Request
To: <ACSDoha@state.gov>

Trying to find out the ACS Chief's name and the RSO that were on post last year in July during an incident that occurred in Doha July of 2018. This is my second request.

Incident involved Sheikh Khalid bin Hamad bin Khalifa Al Thani holding an American against his will. Ramez Tohme and Matthew Pittard were the two American involved. ACS Chief is a female and the RSO was Sales. Need full name and contact info.

S/F,

Matthew J. Pittard