--------- Forwarded message ---------
From: M Pittard <░░░░░░░░@gmail.com>
Date: Thu, May 9, 2019 at 9:21 AM
Subject: July 2018 Events Doha US Citizens
To: <acsdoha@state.gov>


This is my 4th email in attempt to get in touch with the ACS Chief and RSO Sales about an event that occurred in July of 2018. I may be reached at this email address or via phone at ░░░░░░░░

I have trying to reach the ACS Chief I believe is was Elizabeth Marker at the time and Acting RSO (Last name Sales) whom I was in constant communication with and came to the Onaiza Police Station. Please contact me at your earliest otherwise I will have to go through the DC Office.

S/F,

Matthew J. Pittard