---------- Forwarded message ----------
From: **ACS DOHA** <ACSDoha@state.gov>
Date: Mon, Jun 17, 2019 at 1:34 AM
Subject: RE: information
To: Scott Schoonover <███████████████████>

Dear Mr. Schoonover,

Thank you for your email. Please be aware that U.S. law requires us to obtain written consent before releasing any information about U.S. citizens over the age of 18 to third parties. This means that if the person you are inquiring about does not agree in writing to the release of information about his case, we cannot release that information to you.

Best Regards,

**American Citizen Services (ACS) Unit**

Consular Section

U.S. Embassy, Doha

qa.usembassy.gov

Facebook | YouTube | Twitter

**From:** Scott Schoonover <███████████████████>
**Sent:** Tuesday, June 04, 2019 ███████
**To:** ACS DOHA <ACSDoha@state.gov>
**Subject:** information

I am investigating the events surrounding some Americans that were kidnapped and an attempted kidnapping, in July of 2018, related to Sheikh Khalid bin Hamad bin Khalifa Al Thani. If you can provide any documentation or facts related to these events, please contact me via email.