| | |
|---|---|
| **Subject:** | Release of information |
| **Date:** | Thursday, July 11, 2019 at 8:03:43 PM Eastern Daylight Time |
| **From:** | Rebecca Castaneda |
| **To:** | acsdoha@state.gov |
| **Attachments:** | Request to US Embassy in Qatar.pdf, image001.png, image002.png, image003.png, image004.png |

Good evening,
Please find attached a signed request and authorization for information related to Matthew Pittard and events that occurred in Doha, Qatar in July of 2018.

Thank you-

Regards,
Rebecca L. Castaneda



**Rebecca L. Castaneda** • Attorney
**The Castaneda Law Firm PLLC**
c US +1 (813) 708-8864 | e rc@attorneyrebeccacastaneda.com
www.attorneyrebeccacastaneda.com | 506 N. Armenia Avenue
Tampa, Florida 33609-1703



Confidentiality Notice - The information contained in this e-mail and accompanying attachments constitute confidential information which may be attorney work product and legally privileged. You acknowledge that communications via e-mail are not secure, that this communication could be copied and stored, and that people other than you and I may improperly intercept this communication. You consent to receiving communication from me via e-mail. If at any time you change your decision to receive communication via e-mail, notify me immediately. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this e-mail in error, please notify me immediately by return e-mail or by calling 813-708-8864.

Aviso de Confidencialidad - La información contenida en este correo electrónico y los adjuntos constituyen información confidencial que puede ser producto de trabajo de abogado y legalmente privilegiada. Usted reconoce que las comunicaciones por correo electrónico no son seguras, que esta comunicación podría ser copiada y almacenada, y que otras personas que no sean usted y yo pueden interceptar indebidamente esta comunicación. Usted acepta recibir mi comunicación por correo electrónico. Si en algún momento cambia su decisión de recibir comunicaciones por correo electrónico, notifíqueme de inmediato. Si no es el destinatario de esta información, queda estrictamente prohibida cualquier divulgación, copia, distribución o toma de cualquier medida que dependa de esta información. Si recibió este correo electrónico por error, notifíquelo inmediatamente por correo electrónico o llamando al 813-708-8864.

INTERNATIONAL LAW | CRIMINAL DEFENSE

# THE CASTANEDA LAW FIRM PLLC

## REBECCA L. CASTANEDA, ESQUIRE

American Citizen Services (ACS) Unit
Consular Section
U.S. Embassy, Doha

July 10, 2019

**Re: Mr. Matthew Pittard**

Dear Sir or Madam:

Per your protocol and request, please find attached written consent from my client, Mr. Matthew Pittard, to release information about him and events that occurred on or about June and July of 2018 in Doha, Qatar.

Mr. Pittard is an American citizen who is over the age of eighteen; his date of birth is ▬▬▬▬▬▬.

Mr. Pittard was involved in the aid and rescue of Ramez Tohme, an American citizen, on or around July 7-10, 2018, who had been held against his will by His Excellency Sheikh Khalid bin Hamad bin Khalifa Al Thani, and/or his associates and/or colleagues. Thereafter, Mr. Pittard attempted to evade being kidnapped and killed by the same individual(s) on or about July 7-10, 2018.

Shortly before this date, Mr. Pittard contacted the U.S. Embassy regarding the safety and security of he and Mr. Thome, seeking advice and assistance in safely remaining in and exiting the country.

Mr. Pittard communicated on numerous occasions during the months of June and July 2018 with the ACS Chief, the acting RSO, and Marine Security Guard Post 1 during this time period.

I have been retained by Mr. Pittard to represent him in legal actions related to this event, and respectfully request records, reports, and any and all information involving Mr. Pittard and these events. Mr. Pittard has requested this information on numerous occasions (February 11, 2019; April 22, 2019; May 9, 2019), and to date, has received no response.

Please advise if further information is necessary to process this request. Thank you for your time and consideration.

Very truly yours,

*Rebecca L. Castaneda*

Rebecca L. Castaneda
Enc.: Authorization

Tel. (813) 708-8864
WhatsApp (857) 334-1880

506 N. Armenia Avenue
Tampa, FL 33609-1703

Licensed in NY, MA & FL
rc@attorneyrebeccacastaneda.com

Matthew Pittard

▮▮▮

July 10, 2019

American Citizen Services (ACS) Unit
Consular Section
U.S. Embassy, Doha

Re: My Authorization and Consent

To Whom It May Concern:

I hereby provide my authorization and consent to any and all information about me, and the circumstances surrounding the false imprisonment of Ramez Tohme and the subsequent threats to my life as relayed to Mr. Sales, during the months of June and July of 2018, being disclosed to my retained counsel, Rebecca Castaneda, in accordance with her request.

I am an American citizen. I am over the age of eighteen. My date of birth is ▮▮▮ ▮▮▮

Thank you.

Sincerely,

*[signature]*

Matthew Pittard