**Subject:** RE: Release of information
**Date:** Thursday, July 25, 2019 at 2:47:05 PM Eastern Daylight Time
**From:** Farrand, Carol E
**To:** 'Rebecca Castaneda'
**CC:** Ask-OCS-L, ACS DOHA
**Attachments:** image001.png, image002.png, image003.png, image004.png

Dear Ms. Castaneda:

Please see 22 CFR Part 171, Subparts A, B, and C, in particular, with respect to perfecting a third party request as the legal representative of the subject of the record, see 22 CFR 171.22 (a)-(c) and (e)(3). With respect to a request for records pertaining to an individual other than your client, this would normally be a FOIA request, but you may also submit a properly authorized third party request (with the result of being treated as a first party for processing purposes) under the Privacy Act, see 22 CFR 171.11(n)(3)(iv).

You may find additional information on the U.S. Department of State FOIA site, Information Access Guide.

Sincerely,


U.S. Department of State
Bureau of Consular Affairs
Overseas Citizens Services
Office of Legal Affairs



**From:** Rebecca Castaneda <rc@attorneyrebeccacastaneda.com>
**Sent:** Friday, July 12, 2019 3:04 AM
**To:** ACS DOHA <ACSDoha@state.gov>
**Subject:** Release of information

Good evening,
Please find attached a signed request and authorization for information related to Matthew Pittard and events that occurred in Doha, Qatar in July of 2018.

Thank you-

Regards,
Rebecca L. Castaneda