INTERNATIONAL LAW | CRIMINAL DEFENSE | HUMAN RIGHTS

# THE CASTANEDA LAW FIRM PLLC

REBECCA L. CASTANEDA, ESQUIRE

Office of Information Programs and Services (IPS)
U.S. Department of State
State Annex 2 (SA-2)
515 22nd Street, NW
Washington, DC 20522-8100

**August 12, 2019**

**Re: FOIA and Privacy Act Requests- Mr. Matthew Justin Pittard in/and/or around Doha, Qatar on/about July/July 2018**

Dear Sir or Madam:

Per your protocol and request, and pursuant to the Freedom of Information Act, 22 CF §171.11, and the Privacy Act, 22 CFR §171.22, please find attached written consent from my client, Mr. Matthew Justin Pittard, to release information about him and events that occurred on or about June and July of 2018 in Doha, Qatar.

Mr. Pittard is an American citizen who is over the age of eighteen. His date of birth is ███████████. He was born in ███████████ United States of America. His current mailing address is ███████████████████████████████.

Mr. Pittard was involved in the aid and rescue of Ramez Tohme, an American citizen, on or around July 7-10, 2018, who had been held against his will by His Excellency Sheikh Khalid bin Hamad bin Khalifa Al Thani, and/or his associates and/or colleagues. Thereafter, Mr. Pittard attempted to evade being kidnapped and killed by the same individual(s) on or about July 7-10, 2018.

Shortly before this date, Mr. Pittard contacted the U.S. Embassy regarding the safety and security of he and Mr. Tohme, seeking advice and assistance in safely remaining in and exiting the country.

Mr. Pittard communicated on numerous occasions during the months of June and July 2018 with the ACS Chief, the acting RSO, and Marine Security Guard Post 1 during this time period.

I have been retained by Mr. Pittard to represent him in legal actions related to this event, and respectfully request records, reports, and any and all information involving Mr. Pittard and these events. Mr. Pittard has requested this information on numerous occasions (February 11, 2019; April 22, 2019; May 9, 2019), and to date, has received no

response. I submitted a request for this information on July 11, 2019, and was asked to re-submit this request through IPS.

I am an American citizen, born in ▮▮▮▮▮▮▮▮, United States of America, on ▮▮▮▮▮▮▮▮

Please advise if further information is necessary to process this request. Thank you for your time and consideration.

I state under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2019.

Very truly yours,

*Rebecca L. Castaneda*

Rebecca Lynn Castaneda

Enc.: Authorizations

Matthew Justin Pittard
 ██████████████

August 12, 2019

Re: My Authorization and Consent for The Castaneda Law Firm

To Whom It May Concern:

I hereby provide my authorization and consent to any and all information about me, and the circumstances surrounding my attempted kidnapping, and the kidnapping of Ramez Tohme, during the months of June and July of 2018, being disclosed to my retained counsel, Rebecca Castaneda, and her office, The Castaneda Law Firm, in accordance with her requests.

I am an American citizen. I am over the age of eighteen. My date of birth is ████████. I was born in ████████████ United States of America. My current mailing address is ████████████████████████████████.

Thank you.

I state under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2019.

Sincerely,

Matthew Pittard

Signature: _____
Matthew Pittard Aug 12, 2019

Email: pittard.matt@gmail.com

Tel. (813) 708-8864
WhatsApp (857) 334-1880

506 N. Armenia Avenue
Tampa, FL 33609-1703

Licensed in NY, MA & FL
rc@attorneyrebeccacastaneda.com



**U.S. Department of State**

# CERTIFICATION OF IDENTITY

| 1. Full Name of Requester [1] (Last, First, MI)  Pittard, Matthew, J | 2. Date of Birth (mm-dd-yyyy) |
|---|---|
| 3. Full Name of Subject of Records  Pittard, Matthew, Justin a/k/a Pittard, Matthew a/k/a Pittard, Matthew J. | 4. Citizenship Status [2]  American |
| 5. Current Address | 6. Place of Birth  Washington, DC, United States of America |

## Third Party Authorization
Complete this section if you are authorizing release of your records to another person.

I, Matthew Justin Pittard, pursuant to 5 U.S.C. Section 552a(b), authorize the U.S. Department of State to release any and all information relating to me to

Name of Third Party: The Castaneda Law Firm, PLLC, a/k/a Rebecca Castaneda

Address of Third Party: 506 N. Armenia Avenue, Tampa, FL 33609-1703

Type of Third Party (check one):  [ ] Parent   [ ] Custodial Guardian   [x] Legal Representation   [ ] Other

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]: *[signed]*    Date (mm-dd-yyyy): 08-12-2019

### PRIVACY ACT STATEMENT

**AUTHORITIES:** The information is sought pursuant to 22 CFR Section 171; 5 U.S.C. Section 552a (the Privacy Act of 1974); 5 U.S.C 552 (Freedom of Information Act).

**PURPOSE:** The information solicited on this form will be used to identify the individuals submitting requests by mail under the FOIA and Privacy Act of 1974, 5 U.S.C. Section 552a. This solicitation is to ensure that the records of individuals who are the subject of U.S. Department of State records are not wrongfully disclosed by the Department. The information furnished may also be used to provide third party authorization.

**ROUTINE USES:** The information on this form will only be used to certify identification and will not be shared with other offices or agencies. More information on the Routine Uses for the system can be found in the System of Records Notice State-35, Information Access Program Records.

**DISCLOSURE:** Providing this information is voluntary. Failure to provide the information requested on this form may result in less information being disclosed in a FOIA or Privacy Act request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

---

[1] Name of individual who is the subject of the record(s) sought.
[2] Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Name of individual who is the subject of the record(s) sought.

DS-4240
05-2013