**Subject:** Case Control Number F-2019-08718.
**Date:** Friday, October 18, 2019 at 3:04:41 PM Eastern Daylight Time
**From:** FOIA Status
**To:** rc@attorneyrebeccacastaneda.com

Ms. Castaneda,

You previously contacted the Department of State's FOIA Requester Service Center and requested an estimated date of completion (EDC) for your request, Case Control Number F-2019-08718.

It has been determined that the EDC for this request is June 30, 2021. ECDs are estimates and are subject to change. Please be advised that the Department takes its FOIA responsibilities seriously and is processing your request as quickly as possible. If your request can be completed prior to the EDC, a response will be sent to you sooner.

If you have any concerns or questions regarding a FOIA-related matter, please contact the FOIA Requester Service Center (FRSC) at 202-261-8484 or send an e-mail to foiastatus@state.gov.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration (NARA) to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email address: ogis@nara.gov; telephone: (202) 741-5770; toll free number: 1-877-684-6448; facsimile: (202) 741-5769.

We appreciate your continued patience.

Sincerely,

U.S. Department of State
FOIA Requester Service Center


UNCLASSIFIED