INTERNATIONAL LAW | CRIMINAL DEFENSE | HUMAN RIGHTS

# THE CASTANEDA LAW FIRM PLLC

## REBECCA L. CASTANEDA, ESQUIRE

Appeals Officer, Appeals Review Panel
Office of Information Programs and Services (IPS)
U.S. Department of State
A/GIS/IPS/PP/LA, Room 5420 (HST)
2201 C Street
Washington, DC 20520

**November 14, 2019**

**Re: FOIA and Privacy Act Request Appeal- Mr. Matthew Justin Pittard in/and/or around Doha, Qatar on/about July/July 2018**

Dear Sir or Madam:

Per your protocol and request, and pursuant to the Freedom of Information Act, 22 CF §171.11, and the Privacy Act, 22 CFR §171.22, on August 12, 2019, I requested information about my client, Mr. Matthew Justin Pittard, and events that occurred on or about June and July of 2018 in Doha, Qatar. I submitted this request electronically and via hard copy via certified mail; my electronic request was unacknowledged; the hard copy via mail was acknowledged.

Department of State sent a response to my request, dated August 14, 2019, and was assigned tracking number F-2019-08718, and stamped "received August (illegible) 2019. In part, it stated:

> The records you seek require the need to search in offices that are separate from the office processing your request. Accordingly, your request falls within "unusual circumstances" as defined in FOIA. See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual circumstances, we need to extend the time limit to respond to your request **beyond the ten additional days provided by statute**.
>
> The time needed to complete our work on your request will necessarily depend on a variety of factors including the **number of locations that must be searched**, the **complexity of the search**, the **volume and complexity of any material located**, and **consultations with other U.S. Government agencies** whose information is included in the material located. The time needed will also depend on the **number of other requests ahead of it in the relevant processing track**.

This Office assigns incoming requests to one of three tracks: simple, complex, or expedited. **Each request is then handled on a first-in, first-out basis in relation to other requests in the same track.** Your request has been assigned to the complex track and **will be handled as quickly as possible**.

Multiple phone calls throughout the months of August, September, and October to the FOIA Requester Service Center / FOIA Public Liaison at (202) 261-8484 were met with, "I don't see anything in the file," and "I will call you or email you with an expected timeline for response," to which no phone calls or emails were received until October 18, 2019.

On October 18, 2019, via email FOIAStatus@state.gov, Department of State provided an estimated date of completion to my request as June 30, 2021, and stated, "Please be advised that the Department takes its FOIA responsibilities seriously and is processing your request **as quickly as possible**."

Prior to my making the August 12, 2019 FOIA and Privacy Act requests, my investigator contacted the United States Embassy in Doha via email at ACSDoha@state.gov on June 4, 2019, stating, "I am investigating the events surrounding some Americans that were kidnapped and an attempted kidnapping, in July of 2018, related to Sheikh Khalid bin Hamad bin Khalifa Al Thani. If you can provide any documentation or facts related to these events, please contact me via email."

The United States Embassy stated in response, on June 17, 2019, "Thank you for your email. Please be aware that U.S. law requires us to obtain written consent before releasing any information about U.S. citizens over the age of 18 to third parties. This means that if the person you are inquiring about does not agree in writing to the release of information about his case, we cannot release that information to you."

In accordance with the United States Embassy's statement that "written consent" of the "person inquired" must be provided with such a request, on July 11, 2019, I sent a request for information via email at ACSDoha@state.gov to the United States Embassy in Doha. My request included almost identical information as the FOIA and Privacy request acknowledged by Department of State in August of 2019.

On July 25, 2019, I received an email response from Carol Farrand via FarrandCE@state.gov, ccing Ask-OCS-L@state.gov, and ACSDoha@state.gov, stating:

> Please see 22 CFR Part 171, Subparts A, B, and C, in particular, with respect to perfecting a third party request as the legal representative of the subject of the record, see 22 CFR 171.22 (a)-(c) and (c)(3). With respect to a request for records pertaining to an individual other than your client, this would normally be a FOIA request, but you may also submit a properly authorized third party request (with the result of being treated as a first party for processing purposes) under the Privacy Act, see 22 CFR 171.11(n)(3)(iv).

Prior to my requests, my client requested information regarding information regarding these events on February 11, 2019, April 22, 2019 and May 9, 2019. He, in contrast, was not met with any response such as the ones that my investigator and I received.

It is obvious that the United States Embassy in Doha, employees within the United States Embassy in Doha, and the United States Department of State in Washington, DC, have awareness and knowledge of the events surrounding my client's time in Doha, Qatar and the basis for the request, and have been reminded of such events on February 11, 2019, April 22, 2019, May 9, 2019, June 17, 2019, July 11, 2019, August 14, 2019, and throughout the months of August, September, and October 2019.

Department of State's estimated date of completion of June 30, 2021 for my FOIA request is deemed non-responsive, and is actionable grounds for suit, which will be filed in the Middle District of Florida on or about December 16, 2019, should my request go unanswered. Mr. Pittard has the statutory right to the requested records and/or information and there is no legal basis for a two year delay, and no legal basis for refusal to timely disclose said records and/or information to Mr. Pittard.

Also, I have included a copy of a portion of a deposition taken in my client's case, where the deponent states that the Government of Qatar pays off United States Embassy employees in Doha, Qatar, to ignore FOIA requests, including the current one you are reading.

Please advise if further information is necessary to process this request. Thank you for your time and consideration.

I state under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2019.

Very truly yours,

Rebecca Lynn Castaneda

Enclosures
　　Email Request dtd February 11, 2019
　　Email Request dtd April 22, 2019
　　Email Request dtd May 9, 2019
　　Email Request dtd June 4, 2019 w/ US Embassy Doha response dtd June 17, 2019
　　Email Request to US Embassy dtd July 11, 2019 w/ formal letter and authorization
　　Email US Embassy Doha response dtd July 25, 2019
　　Department of State FOIA Response dtd August 14, 2019
　　Copy of Deposition Transcript Excerpt

---------- Forwarded message ---------
From: **M Pittard** <███████@gmail.com>
Date: Mon, Feb 11, 2019 at 9:14 AM
Subject: Doha Incident Ramez Tohme/Matthew Pittard Followup
To: <ACSDoha@state.gov>


I am trying to get contact information for the lady that came out and assisted us in an incident last July in Doha, I believe her name was Laura. She is the ACS Chief. Also the RSO Sales his full name and contact information.

S/F,

Matthew J. Pittard

---------- Forwarded message ----------
From: **M Pittard** <​███████@gmail.com>
Date: Mon, Apr 22, 2019 at 2:45 PM
Subject: Information 2nd Request
To: <ACSDoha@state.gov>


Trying to find out the ACS Chief's name and the RSO that were on post last year in July during an incident that occurred in Doha July of 2018. This is my second request.

Incident involved Sheikh Khalid bin Hamad bin Khalifa Al Thani holding an American against his will. Ramez Tohme and Matthew Pittard were the two American involved. ACS Chief is a female and the RSO was Sales. Need full name and contact info.

S/F,

Matthew J. Pittard

---------- Forwarded message ----------
From: M Pittard <█████████@gmail.com>
Date: Thu, May 9, 2019 at 9:21 AM
Subject: July 2018 Events Doha US Citizens
To: <acsdoha@state.gov>

This is my 4th email in attempt to get in touch with the ACS Chief and RSO Sales about an event that occurred in July of 2018. I may be reached at this email address or via phone at █████████

I have trying to reach the ACS Chief I believe is was Elizabeth Marker at the time and Acting RSO (Last name Sales) whom I was in constant communication with and came to the Onaiza Police Station. Please contact me at your earliest otherwise I will have to go through the DC Office.

S/F,

Matthew J. Pittard

---------- Forwarded message ----------
From: **ACS DOHA** <ACSDoha@state.gov>
Date: Mon, Jun 17, 2019 at 1:34 AM
Subject: RE: information
To: Scott Schoonover <

Dear Mr. Schoonover,

Thank you for your email. Please be aware that U.S. law requires us to obtain written consent before releasing any information about U.S. citizens over the age of 18 to third parties. This means that if the person you are inquiring about does not agree in writing to the release of information about his case, we cannot release that information to you.

Best Regards,

**American Citizen Services (ACS) Unit**

Consular Section

U.S. Embassy, Doha

qa.usembassy.gov

Facebook | YouTube | Twitter

**From:** Scott Schoonover <
**Sent:** Tuesday, June 04, 2019 9:52 PM
**To:** ACS DOHA <ACSDoha@state.gov>
**Subject:** information

I am investigating the events surrounding some Americans that were kidnapped and an attempted kidnapping, in July of 2018, related to Sheikh Khalid bin Hamad bin Khalifa Al Thani. If you can provide any documentation or facts related to these events, please contact me via email.

--

Regards,

Scott Schoonover

Skyway Global Consulting, LLC

--

Regards,
Scott Schoonover
Skyway Global Consulting, LLC

**Subject:** Release of information
**Date:** Thursday, July 11, 2019 at 8:03:43 PM Eastern Daylight Time
**From:** Rebecca Castaneda
**To:** acsdoha@state.gov
**Attachments:** Request to US Embassy in Qatar.pdf, image001.png, image002.png, image003.png, image004.png

Good evening,

Please find attached a signed request and authorization for information related to Matthew Pittard and events that occurred in Doha, Qatar in July of 2018.

Thank you-

Regards,
Rebecca L. Castaneda



**Rebecca L. Castaneda** • Attorney
**The Castaneda Law Firm PLLC**
c US +1 (813) 708-8864 | e rc@attorneyrebeccacastaneda.com
www.attorneyrebeccacastaneda.com | 506 N. Armenia Avenue
Tampa, Florida 33609-1703



Confidentiality Notice - The information contained in this e-mail and accompanying attachments constitute confidential information which may be attorney work product and legally privileged. You acknowledge that communications via e-mail are not secure, that this communication could be copied and stored, and that people other than you and I may improperly intercept this communication. You consent to receiving communication from me via e-mail. If at any time you change your decision to receive communication via e-mail, notify me immediately. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this e-mail in error, please notify me immediately by return e-mail or by calling 813-708-8864.

Aviso de Confidencialidad - La información contenida en este correo electrónico y los adjuntos constituyen información confidencial que puede ser producto de trabajo de abogado y legalmente privilegiada. Usted reconoce que las comunicaciones por correo electrónico no son seguras, que esta comunicación podría ser copiada y almacenada, y que otras personas que no sean usted y yo pueden interceptar indebidamente esta comunicación. Usted acepta recibir mi comunicación por correo electrónico. Si en algún momento cambia su decisión de recibir comunicaciones por correo electrónico, notifíqueme de inmediato. Si no es el destinatario de esta información, queda estrictamente prohibida cualquier divulgación, copia, distribución o toma de cualquier medida que dependa de esta información. Si recibió este correo electrónico por error, notifíquelo inmediatamente por correo electrónico o llamando al 813-708-8864.

INTERNATIONAL LAW | CRIMINAL DEFENSE

# THE CASTANEDA LAW FIRM PLLC

## REBECCA L. CASTANEDA, ESQUIRE

American Citizen Services (ACS) Unit
Consular Section
U.S. Embassy, Doha

July 10, 2019

**Re: Mr. Matthew Pittard**

Dear Sir or Madam:

Per your protocol and request, please find attached written consent from my client, Mr. Matthew Pittard, to release information about him and events that occurred on or about June and July of 2018 in Doha, Qatar.

Mr. Pittard is an American citizen who is over the age of eighteen; his date of birth is ███████████.

Mr. Pittard was involved in the aid and rescue of Ramez Tohme, an American citizen, on or around July 7-10, 2018, who had been held against his will by His Excellency Sheikh Khalid bin Hamad bin Khalifa Al Thani, and/or his associates and/or colleagues. Thereafter, Mr. Pittard attempted to evade being kidnapped and killed by the same individual(s) on or about July 7-10, 2018.

Shortly before this date, Mr. Pittard contacted the U.S. Embassy regarding the safety and security of he and Mr. Thome, seeking advice and assistance in safely remaining in and exiting the country.

Mr. Pittard communicated on numerous occasions during the months of June and July 2018 with the ACS Chief, the acting RSO, and Marine Security Guard Post 1 during this time period.

I have been retained by Mr. Pittard to represent him in legal actions related to this event, and respectfully request records, reports, and any and all information involving Mr. Pittard and these events. Mr. Pittard has requested this information on numerous occasions (February 11, 2019; April 22, 2019; May 9, 2019), and to date, has received no response.

Please advise if further information is necessary to process this request. Thank you for your time and consideration.

Very truly yours,

*Rebecca L. Castaneda*

Rebecca L. Castaneda
Enc.: Authorization

Tel. (813) 708-8864
WhatsApp (857) 334-1880

506 N. Armenia Avenue
Tampa, FL 33609-1703

Licensed in NY, MA & FL
rc@attorneyrebeccacastaneda.com

Matthew Pittard

███████

July 10, 2019

American Citizen Services (ACS) Unit
Consular Section
U.S. Embassy, Doha

Re: My Authorization and Consent

To Whom It May Concern:

I hereby provide my authorization and consent to any and all information about me, and the circumstances surrounding the false imprisonment of Ramez Tohme and the subsequent threats to my life as relayed to Mr. Sales, during the months of June and July of 2018, being disclosed to my retained counsel, Rebecca Castaneda, in accordance with her request.

I am an American citizen. I am over the age of eighteen. My date of birth is ███████.

Thank you.

Sincerely,

*[signature]*

Matthew Pittard

**Subject:** RE: Release of information
**Date:** Thursday, July 25, 2019 at 2:47:05 PM Eastern Daylight Time
**From:** Farrand, Carol E
**To:** 'Rebecca Castaneda'
**CC:** Ask-OCS-L, ACS DOHA
**Attachments:** image001.png, image002.png, image003.png, image004.png

Dear Ms. Castaneda:

Please see 22 CFR Part 171, Subparts A, B, and C, in particular, with respect to perfecting a third party request as the legal representative of the subject of the record, see 22 CFR 171.22 (a)-(c) and (e)(3). With respect to a request for records pertaining to an individual other than your client, this would normally be a FOIA request, but you may also submit a properly authorized third party request (with the result of being treated as a first party for processing purposes) under the Privacy Act, see 22 CFR 171.11(n)(3)(iv).

You may find additional information on the U.S. Department of State FOIA site, Information Access Guide.

Sincerely,


U.S. Department of State
Bureau of Consular Affairs
Overseas Citizens Services
Office of Legal Affairs



**From:** Rebecca Castaneda <rc@attorneyrebeccacastaneda.com>
**Sent:** Friday, July 12, 2019 3:04 AM
**To:** ACS DOHA <ACSDoha@state.gov>
**Subject:** Release of information

Good evening,
Please find attached a signed request and authorization for information related to Matthew Pittard and events that occurred in Doha, Qatar in July of 2018.

Thank you-

Regards,
Rebecca L. Castaneda



**Rebecca L. Castaneda** • Attorney
**The Castaneda Law Firm PLLC**
c US +1 (813) 708-8864  |  e rc@attorneyrebeccacastaneda.com
www.attorneyrebeccacastaneda.com  |  506 N. Armenia Avenue
Tampa, Florida 33609-1703

  

Confidentiality Notice - The information contained in this e-mail and accompanying attachments constitute confidential information which may be attorney work product and legally privileged. You acknowledge that communications via e-mail are not secure, that this communication could be copied and stored, and that people other than you and I may improperly intercept this communication. You consent to receiving communication from me via e-mail. If at any time you change your decision to receive communication via e-mail, notify me immediately. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this e-mail in error, please notify me immediately by return e-mail or by calling 813-708-8864.

Aviso de Confidencialidad - La información contenida en este correo electrónico y los adjuntos constituyen información confidencial que puede ser producto de trabajo de abogado y legalmente privilegiada. Usted reconoce que las comunicaciones por correo electrónico no son seguras, que esta comunicación podría ser copiada y almacenada, y que otras personas que no sean usted y yo pueden interceptar indebidamente esta comunicación. Usted acepta recibir mi comunicación por correo electrónico. Si en algún momento cambia su decisión de recibir comunicaciones por correo electrónico, notifíqueme de inmediato. Si no es el destinatario de esta información, queda estrictamente prohibida cualquier divulgación, copia, distribución o toma de cualquier medida que dependa de esta información. Si recibió este correo electrónico por error, notifíquelo inmediatamente por correo electrónico o llamando al 813-708-8864.

This email is UNCLASSIFIED.



**United States Department of State**

*Washington, D.C. 20520*

AUG 1 4 2019

F-2019-08718

Rebecca Castaneda, Esq.
The Castaneda Law Firm
506 N. Armenia Avenue
Tampa, FL 33609

RECEIVED AUG 1 7 2019

Dear Ms. Castaneda:

This letter is to acknowledge receipt of your request dated August 12, 2019, submitted to the Department of State, in which you requested records related to Matthew Justin Pittard and the events that occurred in Doha, Qatar around June and July of 2018. Please be advised that your request will be processed pursuant to both the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act (PA), 5 U.S.C. § 552a, to provide you with the greatest access to the information you are requesting.

The Office of Information Programs and Services (IPS) received your FOIA request on August 12, 2019. Your FOIA request was assigned the tracking number at the top of this letter. Please include the tracking number in all future communications concerning this FOIA request. We have classified you as an other-use requester.

The records you seek require the need to search in offices that are separate from the office processing your request. Accordingly, your request falls within "unusual circumstances" as defined in the FOIA. See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual circumstances, we need to extend the time limit to respond to your request beyond the ten additional days provided by the statute.

The time needed to complete our work on your request will necessarily depend on a variety of factors including the number of locations that must be searched, the complexity of the search, the volume and complexity of any material located, and consultations with other U.S. Government agencies whose information is included in the material located. The time needed will also depend on the number of other requests ahead of it in the relevant processing track.

This Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Your request has been assigned to the complex track and will be handled as quickly as possible.

I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible. If you wish to discuss narrowing of your request or an alternative time frame for the processing of your request, or if you have any questions regarding the status of your request, you may contact our FOIA Requester Service Center or our FOIA Public Liaison via email at FOIAstatus@state.gov or telephone at (202) 261-8484.

Lastly, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration (NARA) to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email address: ogis@nara.gov; telephone: (202) 741-5770; toll free number: 1-877-684-6448; facsimile: (202) 741-5769.

Sincerely,

*Jeanne Miller*

Eric F. Stein, Director
Office of Information Programs and Services

**Subject:** Case Control Number F-2019-08718.
**Date:** Friday, October 18, 2019 at 3:04:41 PM Eastern Daylight Time
**From:** FOIA Status
**To:** rc@attorneyrebeccacastaneda.com

Ms. Castaneda,

You previously contacted the Department of State's FOIA Requester Service Center and requested an estimated date of completion (EDC) for your request, Case Control Number F-2019-08718.

It has been determined that the EDC for this request is June 30, 2021. ECDs are estimates and are subject to change. Please be advised that the Department takes its FOIA responsibilities seriously and is processing your request as quickly as possible. If your request can be completed prior to the EDC, a response will be sent to you sooner.

If you have any concerns or questions regarding a FOIA-related matter, please contact the FOIA Requester Service Center (FRSC) at 202-261-8484 or send an e-mail to foiastatus@state.gov.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration (NARA) to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email address: ogis@nara.gov; telephone: (202) 741-5770; toll free number: 1-877-684-6448; facsimile: (202) 741-5769.

We appreciate your continued patience.

Sincerely,

U.S. Department of State
FOIA Requester Service Center


UNCLASSIFIED