**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:22-cv-2036-TPB-MRM | **DATE:** February 22, 2023 |
|---|---|
| **HONORABLE AMANDA ARNOLD SANSONE** | |
| **MR. MATTHEW J. PITTARD** <br><br> v. <br><br> **U.S. DEPARTMENT OF STATE** | **PLAINTIFF COUNSEL:** <br> Rebecca Castaneda <br><br> **DEFENDANT COUNSEL:** |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Cathy Morgan |
| **TIME:** 10:19 – 10:27 <br> **TOTAL:** 8 min | **COURTROOM:** 14A |

**PROCEEDINGS:**    INITIAL CASE MANAGEMENT CONFERENCE

Counsel for the government did not appear. Defendant's oral motion to compel unredacted versions of the discovery that has been received and to produce the remainder of the discovery requested. Court will issue a written show cause order. Response due March 8, 2023.

Case Management Conference set July 26, 2023 at 1:30 p.m.